THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keena Lamont Rivers, Appellant.
 
 
 

Appeal From Marlboro County
 Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2010-UP-064
 Submitted January 4, 2010  Filed January
28, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; Solicitor Jay E. Hodge, Jr., of Cheraw, for
 Respondent.
 
 
 

PER CURIAM:  Keena
 Rivers appeals his consecutive sentences of twelve years, three years, and one
 year for possession with intent to distribute crack cocaine, failure to stop
 for a blue light, and possession of marijuana, respectively.  Rivers argues the
 trial court erred by not allowing him to present a defense.  After a thorough review of the record, and
 counsel's brief,  pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.